**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEONDRE RAGLIN, | No. CV 24-10532-E |
|     Plaintiff, | |
|   v. | ORDER TO SHOW CAUSE |
| ROGER'S WINDOWS INSTALLATION & SERVICE INC., ET AL., | |
|     Defendants. | |

    Plaintiff filed a First Amended Complaint in this action on January 22, 2025. It appears that Plaintiff has not effected service of the Summons and First Amended Complaint upon the Defendants within 90 days after January 22, 2025.

    IT IS THEREFORE ORDERED that, within twenty-one (21) days of the date of this Order, Plaintiff shall show good cause, if there be any, why service of the Summons and First Amended Complaint was not made upon the Defendants within 90 days after the filing of the First Amended Complaint. See Fed. R. Civ. P. 4(m). Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

///

Failure timely to comply with this Order or failure to demonstrate good cause may result in the dismissal of this action.

Dated: April 28, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE